# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0461
LT Case No. 2015-CA-038031

_____

SAMIR ELKABANI,

    Appellant,

    v.

MAX REAL ESTATE, LLC, TOWN
SQUARE of MERRITT ISLAND,
LLC, and SK PARTNERSHIP, LLP,

    Appellees.

_____

Nonfinal appeal from the Circuit Court for Brevard County.
Dale Curtis Jacobus, Judge.

Stephenie Biernacki Anthony and Julia G. Traina, of
Anthony & Partners, LLC, Tampa, for Appellant.

Nicholas A. Vidoni, of Vidoni Law PLLC, Cocoa, for
Appellee, Max Real Estate, LLC.

No Appearance for Other Appellees.


March 19, 2026


PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————